**Opinion filed February 6, 2014**



## In The

# Eleventh Court of Appeals

_____

## No. 11-14-00001-CV

_____

## ADAGE, INC. D/B/A NEIGHBORS CONVENIENCE STORE, Appellant

## V.

## MATTHEW FOWLER, Appellee

### On Appeal from the 118th District Court

### Howard County, Texas

### Trial Court Cause No. 49225

## M E M O R A N D U M   O P I N I O N

Adage, Inc. d/b/a Neighbors Convenience Store filed a notice of appeal from the trial court's order granting a new trial. By letter dated January 7, 2014, this court informed Appellant that the order from which Appellant attempted to appeal did not appear to be an appealable order. *See Fruehauf Corp. v. Carrillo*, 848 S.W.2d 83, 84 (Tex. 1993) ("An order granting a new trial is an unappealable,

interlocutory order."). We requested that Appellant respond on or before January 17, 2014, and we informed Appellant that this appeal would be subject to dismissal if Appellant failed to file a response and show grounds to continue the appeal. TEX. R. APP. P. 42.3. Appellant has not filed a response.[1]

Unless specifically authorized by statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191 (Tex. 2001). The order granting a new trial is not an appealable order. *Fruehauf*, 848 S.W.2d at 84. Consequently, we have no jurisdiction to consider this appeal and, pursuant to Rule 42.3(a), dismiss the appeal.

This appeal is dismissed for want of jurisdiction.

PER CURIAM

February 6, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

---

[1] We note also that Appellant has failed to remit the required filing fee as requested by this court.

2